# ALABAMA COURT OF CRIMINAL APPEALS



October 31, 2025

**CR-2023-0752**

Anthony Orr v. State of Alabama (Appeal from Mobile Circuit Court: CC-20-2604)

## <u>NOTICE</u>

You are hereby notified that on October 31, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk